FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DOMINGO ROLDAN VASQUEZ, <br><br> Defendant. | Case No. SA CR 03-00032-DOC <br><br> ORDER OF DETENTION <br><br> [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that s/he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: August 26, 2009

>                     /s/   Arthur Nakazato
>              ARTHUR NAKAZATO
>        UNITED STATES MAGISTRATE JUDGE